**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

**MID CONTINENT STEEL & WIRE, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**S U M M O N S**
**Court No. 26-03609**

**TO:** The Attorney General, the U.S. Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1. Plaintiff Mid Continent Steel & Wire, Inc. ("Mid Continent") is a manufacturer, producer, or wholesaler of steel nails in the United States. Thus, Mid Continent is an interested party as defined in 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C). As a party to the administrative review which resulted in the contested determination, Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii), 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

(Name and standing of plaintiff)

2. Mid Continent is contesting the final results of the U.S. Department of Commerce, International Trade Administration, in its administrative review of the antidumping duty order on Certain Steel Nails from Sultanate of Oman for the period July 1, 2023 through June 30, 2024, published as *Certain Steel Nails From the Sultanate of Oman: Final Results of Antidumping Duty Administrative Review; 2023-2024,* 91 Fed. Reg. 43,084 (Dep't Commerce July 14, 2026). This determination is being contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

(Brief description of contested determination)

**3.** The contested final determination was issued by the International Trade Administration of the U.S. Department of Commerce on July 8, 2026, and published in the Federal Register on July 14, 2026. *See Certain Steel Nails From the Sultanate of Oman: Final Results of Antidumping Duty Administrative Review; 2023-2024,* 91 Fed. Reg. 43,084 (Dep't Commerce July 14, 2026).

(Date of determination)

Form 3-1

4. The contested final determination was published in the Federal Register on July 14, 2026. 91 Fed. Reg. 43084 (Dep't Commerce July 14, 2026).

(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Rosa S. Jeong

Signature of Plaintiff's Attorney

August 13, 2026

Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Rosa S. Jeong, Esq.,
Greenberg Traurig, LLP
2101 L Street NW, Ste. 1000
Washington, DC 20037
Tel: 202.533.2328
Email: Rosa.Jeong@gtlaw.com

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza, Room 346
New York, New York 10278-0001

Supervising Attorney
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
Office of the General Counsel
**U.S. Department of Commerce**
1401 Constitution Ave, NW
Washington, DC 20230

Chief Counsel
Office of Chief Counsel for Trade Enforcement and Compliance
**U.S. Department of Commerce**
1401 Constitution Ave, NW, Room 3627
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)