**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| MID CONTINENT STEEL & WIRE, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 26-03609 |

**COMPLAINT**

Mid Continent Steel & Wire, Inc. ("Plaintiff" or "Mid Continent"), by and through its counsel of record, alleges and states as follows:

## I. JURISDICTIONAL STATEMENT

1. This action is brought pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii). This Court has exclusive jurisdiction pursuant to 28 U.S.C. § 1581(c) and 19 U.S.C. § 1516a(a)(2).

2. Plaintiff seeks judicial review of the final results of the administrative review of the antidumping duty order on certain steel nails from the Sultanate of Oman ("Oman") (Case No. A-523-808) for the period July 1, 2023, through June 30, 2024, issued by the U.S. Department of Commerce ("Commerce" or the "Department") and published in the *Federal Register* as *Certain Steel Nails From the Sultanate of Oman: Final Results of Antidumping Duty Administrative Review; 2023-2024*, 91 Fed. Reg. 43,084 (Dep't Commerce July 14, 2026) ("Contested Final Determination"). Commerce's factual and legal conclusions underlying the Contested Final Determination are set forth in the "Issues and Decision Memorandum for the Final Results of the Administrative Review of the Antidumping Duty Order on Certain Steel Nails from the Sultanate

of Oman; 2023-2024" dated July 8, 2026 ("Final Decision Memorandum"). Commerce also issued an analysis memorandum specific to Respondent Oman Fasteners, LLC ("Oman Fasteners"). *See* Final Results of the 2023-2024 Antidumping Duty Administrative Review of Certain Steel Nails from the Sultanate of Oman: Final Analysis Memorandum for Oman Fasteners, LLC, dated July 8, 2026 ("Oman Fasteners Final Analysis Memorandum").

## II. STANDING OF PLAINTIFF

3. Plaintiff Mid Continent is a U.S. producer of steel nails and an interested party as defined in 19 U.S.C. § 1677(9)(C). Plaintiff participated in the underlying proceeding by submitting factual information, filing case and rebuttal briefs and other comments. Therefore, as an interested party that was party to the proceeding below, Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

## III. TIMELINESS OF THIS ACTION

4. This action is timely under 28 U.S.C. § 1581(c). Commerce published its final results of the administrative review on July 18, 2026. *Certain Steel Nails From the Sultanate of Oman: Final Results of Antidumping Duty Administrative Review; 2023-2024*, 91 Fed. Reg. 43,084 (Dep't Commerce July 14, 2026). In accordance with 19 U.S.C. § 1516a(a)(2)(A), Plaintiff commenced this action within 30 days of the publication of Commerce's Contested Final Determination in the *Federal Register* by filing a summons on August 13, 2026. Plaintiff is filing this Complaint on September 14, 2026, which is the first business day after 30 days of the date of the filing of the summons. Accordingly, this action is timely filed under 19 U.S.C. § 1516a(a)(2)(A), and CIT Rules 3(a)(2) and 6(a)(1)(C).

## IV. STATEMENT OF THE FACTS

5. In response to timely filed requests, Commerce initiated an antidumping duty administrative review of certain steel nails from Oman for the period July 1, 2023, through June 30, 2024. *See Initiation of Antidumping and Countervailing Duty Administrative Reviews*, 89 Fed. Reg. 66,035 (Dep't Commerce Aug. 14, 2024).

6. Commerce selected Oman Fasteners for individual examination as the sole mandatory respondent in the review and issued its initial questionnaire to Oman Fasteners on October 7, 2024.

7. From October 2024 through February 2025, Oman Fasteners submitted responses to the Department's initial questionnaire and supplemental questionnaires. Oman Fasteners did not submit a response to section B of the questionnaire because its home market and third country sales each constituted less than five percent of U.S. sales. *See* Oman Fasteners' Letter, "Oman Fasteners' Response to Section A of the Initial Questionnaire," dated October 31, 2024.

8. On February 4, 2025, Commerce provided interested parties with the opportunity to comment and submit new factual information for consideration in the calculation of Oman Fasterners' constructed value ("CV") profit and indirect selling expenses ("ISE"). *See* Commerce's Letter, "Request for Constructed Value Profit and Selling Expense Comments and Information," dated February 4, 2025.

9. On February 18, 2025, Oman Fasteners and Mid Continent each submitted comments and factual information for consideration in the calculation of CV profit and ISE. *See* Oman Fasteners' Letter, "Comments on Constructed Value Profit," dated February 18, 2025; *see also* Mid Continent's Letter, "Comments and Factual Information for Valuing Constructed Value Profit and Selling Expenses," dated February 18, 2025.

10. On March 4, 2025, Oman Fasteners and Mid Continent submitted rebuttal comments for consideration in the calculation of CV. *See* Oman Fasteners' Letter, "Oman Fasteners' Rebuttal Comments on Mid-Continent's Constructed Value Profit Submission," dated March 4, 2025; *see also* Mid Continent's Letter, "Rebuttal Comments on Constructed Value Profit and Indirect Selling Expenses," dated March 4, 2025.

11. On December 22, 2025, Mid Continent submitted comments for consideration in the preliminary results. *See* Mid Continent's Letter, "Pre-Preliminary Comments," dated December 22, 2025. On December 30, 2025, Oman Fasteners submitted comments for consideration in the preliminary results. *See* Oman Fastener's Letter, "Oman Fastener's Pre-Preliminary Comments," dated December 30, 2025.

12. On January 9, 2026, Commerce published in the Federal Register its preliminary results. *See Certain Steel Nails from the Sultanate of Oman: Preliminary Results and Rescission, in Part, of Antidumping Duty Administrative Review; 2023-2024,* 91 Fed. Reg. 964 (Dep't Commerce Jan. 9, 2026) ("Preliminary Results") and accompanying "Decision Memorandum for the Preliminary Results of Antidumping Duty Administrative Review of the Antidumping Duty Order on Certain Steel Nails from the Sultanate of Oman; 2023-2024" (Jan. 5, 2026) ("Preliminary Decision Memorandum").

13. For purposes of selecting surrogate information to value Oman Fasteners' CV profit and ISE, Commerce reviewed 14 financial statements of third party producers submitted by Oman Fasteners and Mid Continent. Commerce preliminarily determined that the financial statements covering April 1, 2023, to March 31, 2024, of Amatei, Inc. ("Amatei"), a Japanese manufacturer and seller of nails, screws, and various connecting nails, and sale of construction materials and nail guns, and the financial statements covering January 1, 2023, to December 31, 2023, of San Shing

Fastech Corp ("San Shing"), a Taiwanese producer of fasteners, represented the best available information on the record to value CV profit and ISE. *See* Preliminary Decision Memorandum at 14. The Department subsequently calculated CV profit and ISE by relying upon a simple average of the relevant values derived from the financial statements of Amatei and San Shing, based on which Commerce determined a dumping margin of 0.95 percent for Oman Fasteners. *See* Preliminary Results.

14. On January 30, 2026, Mid Continent and Oman Fasteners each submitted case briefs to Commerce. *See* Mid Continent's Letter, "Case Brief Regarding Oman Fasteners;" dated January 30, 2026 ("Mid Continent's Case Brief"); *see also* Oman Fasteners' Letter, "Oman Fasteners' Case Brief," dated January 30, 2026.

15. On February 6, 2026, Mid Continent and Oman Fasteners timely submitted rebuttal briefs. *See* Mid Continent's Letter, "Rebuttal Brief Regarding Oman Fasteners," dated February 6, 2026. ("Mid Continent's Rebuttal Brief"); *see also* Oman Fasteners' Letter, "Oman Fasteners' Rebuttal Brief," dated February 6, 2026.

16. On April 29, 2026, Commerce held a public hearing regarding the issues raised in the case and rebuttal briefs. *See* Memorandum, "Hearing Schedule," dated April 16, 2026; *see also* Hearing Transcript, "In the Matter of Steel Nails from Oman; Public Hearing" dated May 6, 2026.

17. On July 8, 2026, Commerce issued the Contested Final Determination, and its accompanying Final Decision Memorandum. The Contested Final Determination was published in the Federal Register on July 14, 2026.

18. In the Contested Final Determination, Commerce relied solely on the financial statements of Amatei to determine Oman Fasteners' CV profit and ISE. *See* Final Decision Memorandum at 4.

19. As a result, Commerce calculated a weighted average dumping margin of 0.00 percent for Oman Fasteners in the Contested Final Determination.

**STATEMENT OF CLAIMS**

20. In the following respects and for other reasons apparent from the record of the proceeding, the Contested Final Determination is not supported by substantial evidence on the record or otherwise not in accordance with law.

**Count One**

21. Paragraphs 1 through 20 are incorporated by reference.

22. Commerce's determination to calculate Oman Fasteners' CV profit and ISE based on information derived from Amatei's financial statements is not supported by substantial evidence on the record and is otherwise not in accordance with the law.

**Count Two**

23. Paragraphs 1 through 22 are incorporated by reference.

24. Commerce's determination to not use information derived from San Shing's financial statements to calculate Oman Fasteners' CV profit and ISE is not supported by substantial evidence on the record and is otherwise not in accordance with the law.

**Count Three**

25. Paragraphs 1 through 24 are incorporated by reference.

26. Commerce's determination to calculate a weighted average dumping margin of 0.00 percent for Oman Fasteners is not supported by substantial evidence on the record and is otherwise not in accordance with the law.

**PRAYER FOR JUDGMENT AND RELIEF**

WHEREFORE, Plaintiff Mid Continent Steel & Wire, Inc. respectfully requests that the Court:

(A) Enter judgment in favor of Plaintiff;

(B) Hold as unlawful Commerce's final antidumping duty determination that is the subject of this complaint;

(C) Remand this proceeding to Commerce with instructions to publish a revised final results of review and recalculation of the antidumping duty rate applied to Oman Fasteners in conformity with the Court's decision; and

(D) Grant Plaintiff such additional relief as the Court may deem just and proper.

Respectfully submitted,

/s/ *Rosa S. Jeong*

Rosa S. Jeong
Hugh A. Smachlo
GREENBERG TRAURIG, LLP
2101 L Street NW, Suite 1000
Washington, DC 20037
(202) 533-2328

*Counsel for Mid Continent Steel & Wire, Inc.*

Dated: September 14, 2026